Dear Honorable Judge Limbaugh,

My name is Billy Biggs #41646-044, case number: 1:14CR00020SNLJ-2, projected satisfaction date is 12-27-2024. I'm currently housed at F.C.I. Memphis. I'm writing this letter to request a public defender or a probono lawyer to take my case pertaining to the CARES Act.

The Centers for Disease Control considers the most vulnerable are people with a condition that affects their lungs, heart, kidney, immune system or who have another serious chronic medical condition. I have been suffering from asthma since I was 2 years old. I use an albuterol inhaler almost everyday when its difficult to breath. When my breathing doesn't get better, I have to have a breathing threatment with albaterol. Some nights are worse than others. I also take amLODIPine for high blood pressure. If I was to contract the coronavirus it would be a road to little or no recovery. The thought of this virus attacking the lungs is very scary and stressful, knowing that I already suffer from lung problems. Being that this is a correctional facility that holds over 1,000 people on the compound and around 100 people in each dorm. It puts me at an very high risk of contracting the virus. Each dorm has a number of things that are shared constantly

with over 100 inmates on a daily basis. Not to mention that on my road of becoming a better productive and model citizen, I have been working next to and around officers in Food Service for 4 years straight, 6 to 7 days a week. When the officers leave the facility, they enters the unknown. If I was released on home confinement my chances of contracting this virus would be decreased by 98% because I would not have to share so many essential and/or household items with so many people. I could self quarantine, stay away from other people, and not be subjected to exposure to anyone else except the person I live with. Versus trying to stay away from 100 other inmates that I'm forced to cohabitate with on a daily basis, when it comes to staying clean using the right precautionary measurements to prevent the spreading of this virus. I would also have the ability to give myself a breathing treatment because I have my own personal machine. I have maintained good conduct throw out my sentence. I have completed a Parent Discussion class and the 40hr Non-Residental Drug Program. I am the HEAD cook and grade ONE in Food Service so I usually spend most of my time working. I have a wonderful support system in place right now and upon my release. I plan to live with my sister Shameka Biggs at 5718 Sycamore Ridge Rd. Memphis, TN 38134. I have a secured job with BB's remodeling until I find

something more suitable. If I have an medical emergency, I will receive treatment at Baptist Medical Hospital or the Memphis Health Center. I would also be placed on my mother's health insurance through her job at Walmart to pay for all my medical costs. I hope and pray that you understand the severity of my health related issue and the threat of an asthmatic individual like me contracting a virus that's 10 times worse than asthma and the flu.

Billy Bigg #41646-044

Billy Biggs #41646-044
F.C.I. Memphis
P.O. Box 34550
Memphis, TN 38138



RECEIVED BY MAIL
APR 20 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Judge Limbaugh
555 Independence Street
Cape Girardeau, Missouri 63703

63703-623555