IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.   1:14CR00020SNLJ-2 |
| BILLY G. BIGGS, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE AMENDED MOTION FOR COMPASSIONATE RELEASE**

COMES NOW Defendant, by and through the undersigned counsel, and for his motion, states the following:

1. On April 20, 2020, Defendant filed a pro se motion requesting home confinement or compassionate release based on his health condition and the threat of contracting the coronavirus (doc #149) at the institution where he is confined.

2. Counsel is attempting to determine if an amended motion should be filed on Mr. Bigg's behalf and is requesting an additional 30 days to complete his investigation to make such determination.

WHEREFORE, in the interests of justice and for good cause shown, it is prayed that the Court grant Defendant's request to extend the deadline for filing of any amended motion by thirty days from the current deadline, up through and including June 19, 2020.

Respectfully submitted,

/s/*Michael A. Skrien*
Michael A. Skrien #43133MO

Assistant Federal Public Defender
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: Mike_Skrien@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Keith Sorrell, Assistant United States Attorney.

/s/Michael A. Skrien
Michael A. Skrien