IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.   1:14CR00020 SNLJ- 2 |
| | ) |
| BILLY G. BIGGS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO THE GOVERNMENT'S RESPONSE TO MOTION FOR COMPASSIONATE RELEASE**

COMES NOW Defendant, by and through counsel, and requests an extension of time in which to reply to the Government's Response to his Motion for Compassionate Release filed on July 21, 2020.   Counsel requires additional time to prepare the motion.   Therefore, counsel requests an additional 21 days, up to and including August 11, 2020.

Respectfully submitted,

/s/*Michael A. Skrien*
Michael A. Skrien #43133MO
Assistant Federal Public Defender
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: Mike_Skrien@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 29, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Keith Sorrell, Assistant United States Attorney.

                                              /s/Michael A. Skrien
                                              Michael A. Skrien